CT Corporation

**Service of Process
Transmittal**
08/09/2017
CT Log Number 531729098

TO:     Lelia Chapin, Legal Operations Analyst
        General Electric Company
        GE Global Operations, 191 Rosa Parks Street
        11th fl
        Cincinnati, OH 45202

RE:     **Process Served in Maryland**

FOR:    MRA Systems, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | STANLEY N. ONYEDUM, Pltf. vs. MRA Systems, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Writ of Summons, Attachment(s), Complaint, |
| **COURT/AGENCY:** | Baltimore County - Orphans Court, MD<br>Case # 03C160127860T |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - 09/30/2016 |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Incorporated, Lutherville Timonium, MD |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/09/2017 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | Maryland |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Temitope T. Odusami<br>THE ODUSAMI LAW FIRM<br>5425 Wisconsin Ave., Suite 600<br>Chevy Chase, MD 20815<br>301-364-7271 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1Z0399EX0129451808 |
| | Image SOP |
| | Email Notification,  Lelia Chapin  lelia.chapin@ge.com |
| **SIGNED:** | The Corporation Trust Incorporated |
| **ADDRESS:** | 2405 York Rd<br>Suite 201<br>Lutherville Timonium, MD 21093-2264 |
| **TELEPHONE:** | 302-658-7581/7582/7583 |

Information displayed on this transmittal is for CT
Corporation's record keeping purposes only and is provided to
the recipient for quick reference. This information does not
constitute a legal opinion as to the nature of action, the
amount of damages, the answer date, or any information
contained in the documents themselves. Recipient is
responsible for interpreting said documents and for taking
appropriate action. Signatures on certified mail receipts
confirm receipt of package only, not contents.





U.S. POSTAGE
PAID
HYATTSVILLE, MD
20782
AUG 17
AMOUNT
**$7.71**
R2305K142825-15

21201

1000

7015 0640 0004 2761 9789

**OLF** | O D U S A M I
L A W
F I R M

*5425 Wisconsin Avenue, Suite 600,*
*Chevy Chase, MD 20815, U.S.A.*

*MAIL TO:*

The Corporation Trust Incorporated
351 West Camden Street
Baltimore, Maryland 21201

RETURN RECEIPT
REQUESTED